AUGUST 30, 1957

**Reap. Dec. 8986.**—————————S. Stern Henry & Co., et al. v. United States. Entered at New York, N. Y. [Not published.] Motion by plaintiffs.